**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| THOMAS KEON MCCONNELL, <br><br>       Plaintiff, <br><br> v. <br><br> EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, IQ DATA INTERNATIONAL, INC., <br><br>       Defendants. | Case No.: 1:25-cv-01177-LMM-CMS <br><br><br> **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SERVICES, LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Thomas Keon McConnell and

Defendant Experian Information Solutions, Inc. ("Experian"), have resolved the

claims between them in this matter. The parties are in the process of finalizing the

terms and performance attendant to that resolution. The parties anticipate completing

that performance within the next forty-five (45) days and submitting to the Court the

necessary dismissal papers. In the interim, the Parties ask that the Court vacate all

deadlines in this matter as to Defendant Experian only. Plaintiff further requests that

the Court retain jurisdiction for any matters related to completing and/or enforcing

the settlement.


      Respectfully submitted this 22nd day of July, 2025.

                    By: */s/ Meir Rubinov*
                    Meir Rubinov, NY Bar # 6077887
                    Pro Hac Vice Admitted

1

CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

*/s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq., Bar No. 127089
THE OAKS FIRM
3895 Brookgreen Pt.
Decatur, GA 30034
Tel: (404) 500-7861
Email: attyoaks@yahoo.com

*Attorneys for Plaintiff,*
*Thomas Keon McConnell*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Eugene Nowak*