**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| THOMAS KEON MCCONNELL,<br><br>     Plaintiff,<br><br>v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., EQUIFAX INFORMATION SERVICES, LLC, TRANS UNION LLC, IQ DATA INTERNATIONAL, INC.,<br><br>     Defendants. | Case No.: 1:25-cv-01177-LMM-CMS<br><br>**NOTICE OF SETTLEMENT AS TO DEFENDANT TRANS UNION LLC** |

**NOTICE IS HEREBY GIVEN** that Plaintiff Thomas Keon McConnell and

Defendant Trans Union LLC ("Trans Union"), have resolved the claims between

them in this matter. The parties are in the process of finalizing the terms and

performance attendant to that resolution. The parties anticipate completing that

performance within the next sixty (60) days and submitting to the Court the

necessary dismissal papers. In the interim, the Parties ask that the Court vacate all

deadlines in this matter as to Defendant Trans Union only. Plaintiff further requests

that the Court retain jurisdiction for any matters related to completing and/or

enforcing the settlement.

     Respectfully submitted this 31st day of July, 2025.

     By: */s/ Meir Rubinov*
     Meir Rubinov, NY Bar # 6077887
     Pro Hac Vice Admitted

1

CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: (718) 640-8123
F: (718) 247-8020
E: mrubinov@consumerattorneys.com

*/s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq., Bar No. 127089
THE OAKS FIRM
3895 Brookgreen Pt.
Decatur, GA 30034
Tel: (404) 500-7861
Email: attyoaks@yahoo.com

*Attorneys for Plaintiff,*
*Thomas Keon McConnell*

2

## CERTIFICATE OF SERVICE

I hereby certify that on July 31, 2025, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Eugene Nowak*