**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

THOMAS KEON MCCONNELL,

      Plaintiff,

v.

EXPERIAN INFORMATION
SOLUTIONS, INC., EQUIFAX
INFORMATION SERVICES, LLC,
TRANS UNION LLC, IQ DATA
INTERNATIONAL, INC.,

      Defendants.

Case No.: 1:25-cv-01177-LMM-CMS

**STIPULATION OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT
EQUIFAX INFORMATION SERVICES, LLC**

Pursuant to Federal Rule of Civil Procedure 41, Plaintiff Thomas Keon McConnell and Defendant Equifax Information Services LLC ("Equifax"), by and through undersigned counsel, hereby stipulate that this action and all claims and defenses asserted therein be dismissed with prejudice as to Defendant Equifax Information Services, LLC only.

Respectfully submitted this 9th day of October, 2025.

By: */s/ Meir Rubinov*
Meir Rubinov, NY Bar # 6077887

*/s/ Heather H. Sharp*
Heather H. Sharp

- 1 -

Pro Hac Vice Admitted
CONSUMER ATTORNEYS
68-29 Main Street
Flushing NY 11367
T: 718-640-8123
F: (718) 715-1750
E: mrubinov@consumerattorneys.com

*/s/ Misty Oaks Paxton*
Misty Oaks Paxton, Esq., Bar No. 127089
THE OAKS FIRM
3895 Brookgreen Pt.
Decatur, GA 30034
Tel: (404) 500-7861
Email: attyoaks@yahoo.com

*Attorneys for Plaintiff,*
*Thomas Keon McConnell*

Georgia Bar No. 671545
SEYFARTH SHAW LLP
1075 Peachtree Street, N.E.
Suite 2500
Atlanta, GA 30309-3958
Telephone: (404) 885-1500
Facsimile: (404) 892-7056
Email: hsharp@seyfarth.com

*Counsel for Equifax Information*
*Services LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 9, 2025, I electronically filed the Stipulation of Dismissal with prejudice as to Defendant Experian Solutions, Inc, Only with the Clerk of the Court using the ECF system, which will automatically send email notification of such filing to the following attorneys of record:

David M Clarke
dclarke@grsm.com
Grant Edward Schnell
gschnell@jonesday.com
Heather Huggins Sharp
hsharp@seyfarth.com
Jack Warren Chambers
jchambers@grsm.com
Grant Edward Lavelle Schnell
gschnell@jonesday.com

Misty Oaks Paxton
attyoaks@yahoo.com
Moshe O. Boroosan
mboroosan@consumerattorneys.com
Robert Paul Crommelin
rcrommelin@jonesday.com
Paul W. Sheldon
psheldon@qslwm.com


*/s/ Meir Rubinov*

- 3 -